**No. 10-7795. Zane Jack Fields, Petitioner v. Idaho.**

562 U.S. 1227, 131 S. Ct. 1483, 179 L. Ed. 2d 318, 2011 U.S. LEXIS 1494.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 149 Idaho 399, 234 P.3d 723.